IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:10cv007

| | |
|---|---|
| DANNY L. SUMMEY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>_____) | **J U D G M E N T** |

For the reasons stated in the Order of Remand entered simultaneously herewith,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the decision of the Commissioner is **REVERSED** and this matter is hereby **REMANDED** to the Commissioner of Social Security.

Signed: November 30, 2010

Martin Reidinger
United States District Judge